COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 October 5, 2016
 No. 10-15-00409-CR
 JOSHUA MARQUES WILLIS
 
 v.
 
 THE STATE OF TEXAS
 
 center-4254500
 From the 19[th] District Court
 McLennan County, Texas
 Trial Court No. 2012-1058-C1
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. It is the judgment of this Court that the trial court's Judgment of Conviction by Jury signed on November 12, 2015 is affirmed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk
1006779787783800